## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                               CASE NO: 5:19-cr-3-Oc-28PRL

**TRINIDAD FLORES-NAVARRO**

---

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 20, filed March 25, 2019) and no objection thereto having been filed, it is **ORDERED**

1.       The Report and Recommendation of the United States Magistrate Judge (Doc. No. 20) is **ACCEPTED, AFFIRMED** and **ADOPTED**.

2.       Defendant has knowingly, intelligently and voluntarily entered a plea of guilty to Count Two of the Indictment.  Such plea is accepted, and Defendant is adjudicated guilty of Count Two of the Indictment.

3.       The Plea Agreement (Doc. No. 15, filed March 14, 2019) is accepted.

**DONE** and **ORDERED** in Orlando, Florida on April 9, 2019.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
United States Attorney
United States Probation Office
Counsel for Defendant